Steven Matthew Armstrong
#08248549
Name and Inmate Booking Number

Clark County Detention Center
Place of Confinement

P.O. Box 43059
Mailing Address

Las Vegas, Nevada 89116
City, State, Zip Code

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

         MAR 25 2024

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: ___                  DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Steven Matthew Armstrong,
Plaintiff

vs.

(1) Travis Chapman,
(2) Nima Afshar,
(3) Haley Jaramillo,
(4) Tyler D. Smith,
(5) Officer Valdez,
Defendant(s).

2:24-cv-00575-GMN-BNW

**CIVIL RIGHTS COMPLAINT BY AN INMATE**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☐ Jury Trial Demanded

A.   **JURISDICTION**

1)   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
     ☐ Other: _____

2)   Institution/city where Plaintiff currently resides: Clark County Detention Center, Las Vegas

3)   Institution/city where violation(s) occurred: Clark County, District Court, Las Vegas

**B.    DEFENDANTS**

1. Name of first Defendant: __Travis Chapman__. The first Defendant is employed as: __Detective with ATF__ at __Metro P.D., Las Vegas__.
   (Position of Title)                (Institution)

2. Name of second Defendant: __Nima Afshar__. The second Defendant is employed as: __District Attorney__ at __District Court Clark County, Nevada__.
   (Position of Title)                (Institution)

3. Name of third Defendant: __Haley Jaramillo__. The third Defendant is employed as: __District Attorney__ at __District Court Clark County, Nevada__.
   (Position of Title)                (Institution)

4. Name of fourth Defendant: __Tyler D. Smith__. The fourth Defendant is employed as: __Officer with flex unit__ at __Metro P.D., Las Vegas__.
   (Position of Title)                (Institution)

5. Name of fifth Defendant: __Officer Valdez__. The fifth Defendant is employed as: __Officer with flex unit__ at __Metro P.D., Las Vegas__.
   (Position of Title)                (Institution)

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.    NATURE OF THE CASE**

Briefly state the background of your case.

Was falsely arresssted September 26, 2023 because original charge was D.A. denied & the prohibited person with a firearm case I was booked on the same night, I ended up getting found not guilty of in jurey trial. Then on September 28, 2023 while in custody was rebooked on another case based off the false arresst, which is fruit from the poisonous tree. Took that case to trial & lost due to false evidence the D.A. presented that was not in my discovery. Then the witnesses testifing to the false evidence when the firearm I was convicted of having was never recovered. I am also not on probation or parole so I have rights.

2

### D.   CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: _Amendment 14_

2. **Claim 1.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Medical care           ☐ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property

   ☐ Access to the court    ☐ Excessive force by officer   ☐ Retaliation

   ☐ Threat to safety       ☒ Other: _false arresst, tampering with evidence_.

3. **Date(s) or date range** of when the violation occurred: _Sept. 2023 to Feb. 2024_.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

- Officer Smith arressted me for failure by convicted person to comply with NRS 179C requirements, which got D.A. denied & also booked me for own/posses gun by prohibited person in case # C-23-379540-1 to be found not guilty in trial & held with no bail off this false arresst.

- Detective Chapman rebooked off the false arresst on case # C-23-378525-1. Then testified to a firearm that was never recovered & to a edited & tampered with photo that was not in my discovery that the D.A. made & allowed the other witness to testify to the fake pictures.

- Haley Jaramillo tampered with & edited original photo that was in discovery by adding what they claim is a switch on what they claim is a glock firearm but photo is to blurry to tell what anything is. I was convicted of 4 felonies off the fake photo & the lying witnesses.

3

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: __Amendment 8__

2. **Claim 2.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

    ☐ Basic necessities  ☐ Medical care  ☐ Mail

    ☐ Disciplinary proceedings  ☐ Exercise of religion  ☐ Property

    ☐ Access to the court  ☐ Excessive force by officer  ☐ Retaliation

    ☐ Threat to safety  ☒ Other: __no bail__ .

3. **Date(s) or date range** of when the violation occurred: __Sept. 2023 to Mar. 2024__ .

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

- Nima Afshar held me in custody with no bail for 6 months just to be found not guilty in trial in case #C-23-379540-1.

4

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: __Amendment 4__

2. **Claim 3.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property

   ☐ Access to the court        ☐ Excessive force by officer ☐ Retaliation

   ☐ Threat to safety           ☒ Other: __illegal search & seizure__

3. **Date(s) or date range** of when the violation occurred: __Sept. 2023 to Mar. 2024__

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

- Officer Valdez searched my wifes vehicle without permission to pull the keys out of the ignition, to open a locked trunk to then find a sealed bag & opened it without a warrant to find my wife's registered firearm, which I was charged for & found not guilty.

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

## Claim 4

1. Amendment 6

2. Other: right to speedy trial without impartial jury

3. Sept. 2023 to Mar. 2024

4. Supporting Facts: Was arrested in both cases back in September & had to wait 6 months to go to trial in both cases & no African American jurors were selected in either trial. Haley Jaramillo & Nima Afshar were very prejudice & discriminative against me.

E. **PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while incarcerated?   ☐ Yes   ☒ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?   ☐ Yes   ☒ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"   ☐ Yes   ☒ No

F. **REQUEST FOR RELIEF**

I believe I am entitled to the following relief: Financial compensation for false arrest, false imprisonment, pain & suffering for my wife & I, loss of our unborn child due to stress, loss of our 2 german shepards, our vehicles, & all possessions. Also requesting all charges be dropped & to be released from custody.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____   *Steven Armstrong*
(name of person who prepared or helped   (signature of plaintiff)
prepare this complaint if not the plaintiff)

3-19-24
(date)

**ADDITIONAL PAGES**

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6