# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN MATTHEW ARMSTRONG, | Case No. 2:24-cv-00575-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| TRAVIS CHAPMAN, et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiff's mail. ECF No. 7. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address. Public records indicate that Plaintiff has moved to the Southern Desert Correctional Center. The Court will send a copy of this Order and its previous order requiring Plaintiff to amend his complaint. The Court notes that its previous order required Plaintiff to amend his complaint by September 2, 2024. ECF No. 4. However, because Plaintiff has not received that order, the Cout will extend the deadline to **September 20, 2024.**

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **September 20, 2024.**

**IT IS FURTHER ORDERED** that Plaintiff shall have until **September 20, 2024** to amend his complaint.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order may result in a recommendation that this case be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the following to Plaintiff at the below address: (1) a copy of this Order, and (2) a copy of the order docketed at ECF No. 4.

**Steven Matthew Armstrong**
**#1174215**
P.O. Box 208
Indian Springs, Nevada 89070-0208

DATED: August 21, 2024

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE