**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STEVEN MATTHEW ARMSTRONG, | Case No. 2:24-cv-00575-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| TRAVIS CHAPMAN, et al., | |
| Defendants. | |

On April 3, 2025, the Court ordered Plaintiff to complete the USM-285 forms for Defendants Tyler Smith and Officer Valdez and return them to the United States Marshals Service by May 5, 2025. ECF No. 13. On May 16, 2025, the summonses issued for Defendants returned as unexecuted because the USMS did not receive the completed USM-285 forms. ECF No. 18. The Court warned Plaintiff that failure to return the USM-285 form may result in dismissal of his claims against Defendants. ECF No. 13. The Court will afford Plaintiff one last opportunity to effect service on Defendants and directs him to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that the Clerk of Court must issue summonses for Officer Tyler Smith and Officer Valdez and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 9), and the Court's Screening Order (ECF No. 13).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff two blank USM-285 forms together with a copy of this Order.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **June 23, 2025** to fill out the required USM-285 forms and send them to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants no later than 20 days after receipt of the completed USM-285 forms.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: May 23, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE